

333 EARLE OVINGTON BLVD, STE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

October 24, 2024

**VIA ECF**

Honorable Jesse M. Furman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Andrew Schwartz v. Vox Media, LLC,* 1:24-cv-03313-JMF

Dear Judge Furman:

We represent Plaintiff Andrew Schwartz in the above-captioned case. We write pursuant to Section 2.D of the Court's Individual Rules to respectfully request a 30-day extension of time to file a Stipulation of Dismissal in this matter.

1) The original deadline is October 28, 2024 [Dkt. No. 24];

2) No previous requests for an extension of this deadline has been made;

3) No previous requests have been granted or denied;

4) Despite the parties' best efforts, the parties were not able to consummate the settlement transaction before the original deadline;

5) Defendant Vox Media, LLC consents to the requested 30-day extension;

6) There are no other scheduled deadlines in this matter.

Respectfully Submitted,

**s/jameshfreeman/**
James H. Freeman

*Counsel for Plaintiff*

Application GRANTED. The parties will retain the right to reopen this action until November 25, 2024. Further extensions are unlikely to be granted. The Clerk of Court is directed to terminate ECF No. 25.

SO ORDERED.

[signature]

October 28, 2024